JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| INSIDER ESCAPES, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN EXPRESS COMPANY, a New York corporation, AND YAHOO! INC., a Delaware corporation,<br><br>    Defendants. | Civil Action No. SACV13-00228 DOC (RNBx)<br><br>**ORDER FOR REMAND [24]** |

- 1 -

1    THE COURT, having considered the stipulation of the Parties (the
2 "Stipulation") and finding good cause, hereby enters the following ORDER:
3    This action is hereby remanded to the Superior Court of the State of
4 California for the County of Orange.

6 IT IS SO ORDERED.

Entered:  December 30, 2013    _____
                                Hon. David O. Carter
                                United States District Judge

- 2 -

LA 51709229v2
12/23/2013 3:27 PM